# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHRISTOPHER K. ROBINSON, | ) | |
| Plaintiff, | ) | 3:11-cv-00520-LRH-RAM |
| vs. | ) | **ORDER** |
| BRIAN WILLIAMS, *et al.*, | ) | |
| Defendants. | ) | |

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the complaint. Plaintiff must either submit the filing fee or submit an application to proceed *in forma pauperis* when initiating an action in this Court.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice to the filing of a new complaint in a new action.

**IT FURTHER IS ORDERED** that the Clerk of the Court shall send plaintiff two copies of an *in forma pauperis* application form for a prisoner, one copy of the instructions for same, two copies of a blank 42 U.S.C. § 1983 prisoner civil rights form, and one copy of instructions for the same.

**IT IS FURTHER ORDERED** that plaintiff may file a new complaint and *in forma pauperis* application in a new action, but he may not file further documents in this action.

///

1   **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

2

3   Dated this 25th day of August, 2011.

4

5   _____
    LARRY R. HICKS
6   UNITED STATES DISTRICT JUDGE