UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHRISTOPHER KIRK ROBINSON, | ) | 3:11-cv-00520-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 14, 2012 |
| | ) | |
| BRIAN WILLIAMS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER      REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Before the court is plaintiff's Motion for Parties to Proceed to the Discovery Period of This Civil Action (Doc. #26).  Defendants have filed an Opposition (Doc. #30) to plaintiff's motion, noting therein that as the defendants have not yet answered the complaint, discovery is premature.  The court agrees.

    Plaintiff's Motion (Doc. #27) is therefore **DENIED without prejudice.**  A scheduling order will be issued if defendants answer or if good cause otherwise appears that discovery should proceed herein.  L.R. 16.1.

**IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK

                                        By:     /s/
                                             Deputy Clerk