UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| CHRISTOPHER KIRK ROBINSON,       )<br>                                                            )<br>                    Plaintiff,               )<br>                                                            )<br>  v.                                                    )<br>                                                            )<br>  BRIAN WILLIAMS; *et al.*,               )<br>                                                            )<br>                    Defendants.          )<br>  _____ ) | 3:11-cv-00520-LRH-WGC<br><br>O R D E R |

Before this Court is Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#41[1]) entered on August 1, 2012, recommending granting Defendant Lee Griggs' Motion to Dismiss (#32) filed on March 9, 2012. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#45) on August 30, 2012. Defendant filed his Opposition to Plaintiff's Objections to Magistrate Judge's Report and Recommendation (#46) on September 7, 2012. Plaintiff filed his Reply to the Defendant's Opposition (#47) on September 18, 2012. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4 of the Local Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the response of Defendant, Plaintiff's reply, the pleadings and memoranda of the parties and other

---

[1]Refers to court's docket number.

relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#41) entered on August 1, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#41) entered on August 1, 2012, is adopted and accepted, and Defendant's Motion to Dismiss (#32) is GRANTED.

IT IS SO ORDERED.

DATED this 29th day of October, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE